# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ✓ / RECEIVED / LOD / COP
MAY 20 2024
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEP

UNITED STATES OF AMERICA

v.

Michael Leroy Witt

DEFENDANT'S WITNESS LIST

CASE NUMBER: CR23-00389-TUC-JCH (EJM)

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Eric J. Markovich | Jennifer McCarthy/Allison Siquieros | Courtsmart |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| May 7, 2024/ May 20, 2024 | Jennifer Berman, AUSA | Angeles Ellis, AFPD |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | X | 5/20/24 | 5/20/24 | Federal Public Defender Investigator Victor Valdez |  |
|  | X |  |  | Federal Public Defender Investigator Antonio Soto |  |