# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

FILED ✓ / RECEIVED / LODGED / COPY
MAY 20 2024
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America,
PLAINTIFF,

vs.

Michael Leroy Witt,
DEFENDANT.

Case No. 23-CR-389-JCH (EJM)

## WITNESS LIST

60V.

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Eric J. Markovich | Jennifer McCarthy/Allison Siquieros | Courtsmart |
| HEARING DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| May 7, 2024/May 20, 2024 | Jennifer H. Berman / Ryan P. DeJoe | Angeles Ellis, Esq. |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESS | UNDER RULE |
|---|---|---|---|---|---|
| 1 | | 5/7/24 | 5/7/24 | Thomas Gonzales, United States Border Patrol | |
| 2 | | 5/20/24 | 5/20/24 | Jeremy Eppley, United States Border Patrol | |