JON M. SANDS
Federal Public Defender
ÁNGELES ELLIS
Puerto Rico Bar No. 20912
angeles_ellis@fd.org
Assistant Federal Public Defender
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone: (520) 879-7500
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, Plaintiff, | CR23-00389-JCH-EJM |
|---|---|
| vs. | DEFENDANT'S TRIAL BRIEF |
| Michael Leroy Witt, Defendant. | |

The Defendant, Michael Leroy Witt, by and through counsel, hereby submits this Trial Brief, in accordance with the Court's Order dated January 2nd, 202 & May 7th, 2024. [ECF Doc. 63 & 88]

I.  Affirmative Defenses

The defense does not intent on presenting any affirmative defense.

II.  Anticipated Evidentiary Issues

The defense does not anticipate any specific evidentiary issues, at this time. The Government submitted two motions in limine.  (Doc. 103 & 104) The first one regarding the admission of material witnesses' video depositions, the defense has not objection to it.  The second motion in limine regarding the introduction of defendant's prior convictions for impeachment purposes merits not response, the defendant does not intend to testify at trial.

The defense intends to argue proposed instructions submitted to the Court.

1

III.   Charts/ Summaries

The defense does not intend to present any charts or summaries.

RESPECTFULLY SUBMITTED:		June 14, 2024

JON M. SANDS
Federal Public Defender

*s/Ángeles Ellis*
ÁNGELES ELLIS
Assistant Federal Public Defender