DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: John C. Hinderaker | Date: July 9, 2024 |
| USA v. Michael Leroy Witt | Case Number: CR-23-00389-TUC-JCH (EJM) |

Assistant U.S. Attorneys:  Jennifer Berman & Ryan Dejoe
Attorneys for Defendant:   Angeles Ellis, AFPD & Peter Matiatos, AFPD
Deputy Clerk: Armida Butler
Court Reporter: Linda Parks

Defendant:   ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL (Day 2):**

Court in session at 9:26 a.m.
Discussion held regarding defense exhibits 78 and 79.
Jury enters the courtroom at 9:34 a.m.
Testimony of agent Thomas Gonzales resumes. Government's exhibit 31 is admitted over defense objection. Government's exhibit 10 is admitted. Government's exhibits 14-16, 19-25 and 26-28 are admitted over defense objection.
10:05 a.m. - Cross examination of witness by Ms. Ellis.

Recess taken at 10:51 a.m.

Court in session at 11:06 a.m.
Cross examination of witness resumes. Defense exhibit 64 is admitted.
Jury is excused for lunch at 11:27 a.m.

Lunch recess at 11:30 a.m.

Court in session at 1:02 p.m.
For reasons stated on the record, the Court precludes defense exhibit 77 under Rule 401 and 403.
Jury enters the courtroom at 1:10 p.m.
Cross examination of witness resumes.

1:13 p.m. – Redirect of witness by Ms. Berman.

1:23 p.m. - Jury questions addressed.
Government's exhibit 34(video) is admitted for demonstrative purposes and played in open court.

Recess taken at 2:37 p.m.

Court in session at 2:58 p.m.

| | |
|---|---|
| **USA v.** Michael Leroy Witt | **Date:** July 9, 2024 |
| **Case Number:** CR-23-00389-001-TUC-JCH (EJM) | Page 2 of 2 |

Trial time schedule discussed.

Jury enters the courtroom at 3:05 p.m.
Government's exhibit 34(video) continues to be played in open court.
3:42 p.m. - Government's exhibit 33 is admitted.
3:44 p.m. - Government's witness civilian Myge Corbell is sworn and examined by Ms. Berman.
3:53 p.m. - Cross examination of witness by Ms. Ellis.
4:01 p.m. - Redirect of witness by Ms. Berman.
4:02 p.m. – Jury questions addressed.

4:10 p.m. – Governments rests.

4:11 p.m. – Jury is excused for the day. Legal matters are discussed.

Proceedings recess for the day at 4:37 p.m. Trial continues to 7/10/2024 at 9:30 a.m. before John C. Hinderaker.

                                            Jury Trial:  5 Hours  3 Minutes

                                            Start:  9:26 a.m.
                                            Stop:  4:37 p.m.