UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
┌──────────────────────────────────┐
│ _____ FILED _____    LODGED    │
│        RECEIVED        COPY       │
│                                  │
│        JUL 1 1 2024              │
│                                  │
│     CLERK US DISTRICT COURT      │
│       DISTRICT OF ARIZONA        │
│ BY_____    DEPUTY     │
└──────────────────────────────────┘
```

PLAINTIFF
United States of America

v.

WITNESS LIST

DEFENDANT                    CASE NUMBER: CR-23-00389-TUC-JCH(EJM)
Michael Leroy Witt

| PRESIDING JUDGE: John C. Hinderaker | COURTROOM DEPUTY: Armida Butler | COURT REPORTER: LINDA PARKS |
|---|---|---|
| TRIAL DATE: 7/8/2024 | PLAINTIFF ATTORNEY(S): Jennifer Berman/Ryan Dejoe | DEFENDANT ATTORNEY(S): Angeles Ellis/Co-counsel Peter Matiatos |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| 1 | | 7/8/24 | 7/8/24 | USBP Agent Thomas Gonzales | |
| 2 | | 7/9/24 | 7/9/24 | Civilian Myge Corbell | |
| 3 | | | | USBP Agent Sheldron Jackson | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |