UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA



PLAINTIFF
United States of America

v.                                    DEFENSE WITNESS LIST

DEFENDANT                    CASE NUMBER: CR-23-00389-TUC-JCH(EJM)
Michael Leroy Witt

| PRESIDING JUDGE: | COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|---|
| John C. Hinderaker | Armida Butler | LiNDA PARKS |
| **TRIAL DATE:** | **PLAINTIFF ATTORNEY(S):** | **DEFENDANT ATTORNEY(S):** |
| 7/8/2024 | Jennifer Berman/Ryan DeJoe | Angeles Ellis/Co-counsel Peter Matiatos |

| PLF | DFT | DATE SWORN | DATE APPEARED | *WITNESSES* | Under Rule |
|---|---|---|---|---|---|
|  | X | 7/10/24 | 7/10/24 | Federal Public Defender Investigator Victor Valdez |  |
|  | X |  |  | Federal Public Defender Investigator Antonio Soto |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

FILED
LODGED
RECEIVED
COPY
JUL 1 1 2024
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY